| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division |
| 3 | ELIZABETH KURLAN (CABN 255869)<br>Assistant United States Attorneys |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-7298<br>FAX: (415) 436-6748 |
| 7 | Elizabeth.Kurlan@usdoj.gov |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIYUAN CHEN,<br><br>                Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, *et al.*,<br><br>                Defendants. | C 5:23-cv-00349 NC<br><br>**PARTIES' STIPULATION TO DISMISS; ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their undersigned attorneys, hereby stipulate to dismissal of the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), given that USCIS adjudicated Plaintiff's Form I-485, Application to Adjust Status.

Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

| | |
|---|---|
| Dated: April 5, 2023 | Respectfully submitted,<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br> /s/ Elizabeth D. Kurlan  <br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: April 3, 2023 |  /s/ Siyuan Chen  <br>SIYUAN CHEN<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 5, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**Parties' Stipulation to Dismiss; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

Siyuan Chen
575 Saint Remi Terrance, Unit #1
Sunnyvale, CA 94085

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 5, 2023

TIFFANI CHIU
Paralegal Specialist

Parties' Stip to Dismiss
C 5:22-cv-00349 NC                    3